Submitted on record and briefs October 9, reversed and remanded December 17, 1997, appellant's petition for reconsideration to amend disposition of case to read "reversed" rather than "reversed and remanded" granted by order dated January 6, 1998

STATE OF OREGON,
*Respondent,*

*v.*

CHARLES STANLEY WAPNIARSKI,
*Appellant.*

(B345525; CA A95589)

950 P2d 415

Garrett A. Richardson filed the brief for appellant.

Hardy Myers, Attorney General, Virginia L. Linder, Solicitor General, and Jonathan H. Fussner, Assistant Attorney General, filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction of driving while under the influence of intoxicants. ORS 813.110. He assigns error to the court's failure to sustain his objection to expert testimony from a drug recognition expert as lacking in foundation. He also assigns error to the court's failure to grant his motion for judgment of acquittal.

The state concedes that defendant's objection to the testimony should have been sustained and that without it, the evidence was insufficient to convict. We accept the concession.

Reversed.